IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**GABRIEL OLIVIER**                                                                                              **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO.: 3:21-CV-00636-HTW-LGI**

**CITY OF BRANDON, MISSISSIPPI, ET AL.**                                              **DEFENDANTS**

### DEFENDANTS THE CITY OF BRANDON AND CHIEF WILLIAM THOMPSON'S RESPONSE IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Gabriel Olivier's request for a preliminary injunction against Defendants the City of Brandon, Mississippi and Chief William Thompson in his individual and official capacities should be denied. The accompanying Response Memorandum fully explains the reasons supporting denial of the preliminary injunction motion, including that Olivier has not shown a likelihood of success on the merits because his speech is not protected, the ordinance is reasonable, and, alternatively, the ordinance is a constitutional time, place, and manner restriction; and Olivier has not shown he will suffer irreparable harm absent an injunction.

In addition to the Memorandum, Defendants offer the following exhibits:

Exhibit "1" – Chief William Thompson Affidavit;

Exhibit "2" – Ordinance;

Exhibit "3" – April 23, 2018 Neel-Schaffer Report;

Exhibit "4" – May 21, 2018 Neel-Schaffer Report;

Exhibit "5" – June 10, 2018 Neel-Schaffer Report;

Exhibit "6" – July 6, 2018 Neel-Schaffer Report;

Exhibit "7" – July 27, 2018 Neel-Schaffer Report;

Exhibit "8" – Beau Edgington Affidavit;

Exhibit "9" – Heather Perry Affidavit;

Exhibit "10" – Hank Williams, Jr. Video (conventionally filed);

Exhibit "11" – Fred Shanks Affidavit;

Exhibit "12" – Bradley Turner Affidavit;

Exhibit "13" – December 2, 2019 Board Minutes;

Exhibit "14" – Peden Criminal File;

Exhibit "15" – Olivier Criminal File;

Exhibit "16" – Protestor Photos;

Exhibit "17" – Olivier Criminal File;

Exhibit "18" – Criminal Affidavit, Order, and Court Abstract;

Exhibit "19" – Jackson Municipal Court Opinion;

Exhibit "20" – Earth, Wind, and Fire Video (conventionally filed); and

Exhibit "21" – Traffic Protocol.

For these reasons, Plaintiff's preliminary injunction motion should be denied.

Dated: November 10, 2021.

    Respectfully submitted,

    PHELPS DUNBAR LLP

    BY: /s/ *Mallory K. Bland*
    G. Todd Butler, MB #102907
    Mallory K. Bland, MB #105665
    4270 I-55 North
    Jackson, Mississippi 39211-6391
    Post Office Box 16114
    Jackson, Mississippi 39236-6114
    Telephone: 601-352-2300
    Telecopier: 601-360-9777
    Email: butlert@phelps.com
        mallory.bland@phelps.com

**ATTORNEYS FOR DEFENDANTS**

- 3 -

**CERTIFICATE OF SERVICE**

I certify that, on November 10, 2021, I electronically filed this RESPONSE with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

<i>s/ Mallory K. Bland</i><br>
Mallory K. Bland