9:51

    **Gabriel Olivier**    Q

**Gabriel Olivier**                    •••
Oct 2 · 🌐

Capital City Pride, local pervert group, is having an all day event to celebrate sodomy. There will be drag queens, child molesters, and baby murderers present. What do you have going on today that is more important than shaming these heathens and preaching repentance to them? Will you be another Christian that talks a big game about homos on your FB page, and then ignores them when they come to your state or town? Put feet to your prayers and come do the work God told YOU to do.

Smith Wells Stadium
Lakeland Dr., Jackson MS

 8                   3 Comments  3 Shares

 Like                        ↪ Share

 **Gabriel Olivier**           •••
Sep 30 · 🌐

                     

News Feed    Watch    Marketplace    Groups    Notifications    Menu

Exhibit 15

< **Gabriel Olivier** Q

 **Gabriel Olivier** •••
Sep 7 · 🌐

When Sodomites come into your land, will you be one of the people who complain about them but never went and confronted them when they came?

👍 2

👍 Like      ↪ Share

 **Gabriel Olivier** •••
Sep 7 · 🌐

# God is going to throw sin into hell.

# #thingstheBibledoesn'tsay

👍 3      1 Comment

👍 Like      ↪ Share

 **Gabriel Olivier** •••
Sep 7 · 🌐

Charles E. Hamilton, Jr.

              
News Feed   Watch   Marketplace   Groups   Notifications   Menu

9:53

<‹    **Gabriel Olivier**    Q

👍 Like                    ↝ Share

 **Gabriel Olivier**
Sep 20 · 🌐

So let me get this straight. I can have half of an entire police department show up to where I am preaching and arrest me for no reason, trump up some fake charges and make me pay money to go through the court system to get charges dropped, but Gabby Patito's boyfriend is not charged with anything despite returning in their vehicle without her, refusing to speak to police, refusing to assist in the search for her, and running away a week later? Even after her body is found, still not even an arrest warrant to bring him in for questioning as an obvious suspect?

Our judicial system hates justice.

👍 4

 👍 Like                    ↝ Share

 **Gabriel Olivier**
~~Sep 18~~ · 🌐

                                             
News Feed    Watch    Marketplace    Groups    Notifications    Menu

< **Gabriel Olivier** 🔍

 **Gabriel Olivier**                    •••
Oct 3 · 🌐

I'm a Christian, and I'm better at being
woke than these noobs 😆



👍😂 2

 Like           Share

     
News Feed   Watch   Marketplace   Groups   Notifications   Menu

9:54

 Gabriel Olivier   Q

👍 Like          ↗ Share

 **Gabriel Olivier**                    •••
Sep 16 · 🌐

Just in case anyone needed some more reminders of why putting your children in public school is an expression of hatred towards them.

---

 **Ben Shapiro** ✔                  ⊕
Sep 15 · 🌐

BOOM: Students Given Sexually Explicit Lesson Plans, Mayor Threatens To Charge Entire School Board For Child Pornography If They Don't Resign



7M Views

