

Exhibit 16













